1  JOHN H. PODESTA (State Bar No.154706)
   DAWN A. SILBERSTEIN (State Bar No. 162223)
2  **WILSON, ELSER, MOSKOWITZ,**
     **EDELMAN & DICKER LLP**
3  525 Market Street, 17th Floor
   San Francisco, California 94105-2725
4  Telephone:   (415) 433-0990
   Facsimile:   (415) 434-1370

Attorneys for Plaintiff
PROBUILDERS SPECIALTY
INSURANCE COMPANY, RRG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, A RISK RETENTION GROUP,<br><br>    Plaintiff,<br><br>vs.<br><br>JKB HOMES NORCAL, INC.; JKB HOMES, CORPORATION; JKB DEVELOPMENT, INC.; and Does 1-20,<br><br>    Defendants. | Case No. 1:15-CV-01381-TLN-BAM<br><br>**DISCOVERY STIPULATION & ORDER** |

The parties, through their counsel of record, have met and conferred regarding potential settlement negotiations and recommendations for a revised discovery cutoff dates to allow time to complete informal settlement negotiations between the parties. The stipulated discovery cut-off dates will not interfere with the current cutoff date for dispositive motions set for **June 15, 2017**.

Therefore, the parties hereby STIPULATE as follows:

1. The Parties have agreed to participate in settlement discussions to determine whether and informal resolution of this matter may be reached.

2. The new percipient discovery cutoff will be extended to **March 15, 2017** for the purpose of resolving any dispute arising out of discovery timely noticed prior to the original December 12, 2016 cut-off. The Parties agree that no additional discovery will be propounded.

3. The parties further agree that Expert witness disclosures shall be served by mail or email no later than **March 31, 2017** and Rebuttal expert witness disclosures shall be served no later than **April 17, 2017**. Expert Discovery shall be completed by **May 15, 2017**.

4. The current date for dispositive pre-trial motions shall remain as **June 15, 2017.**

IT IS SO STIPULATED:

Dated: December 15, 2016         MICHAEL S. WARDA
                                  A PROFESSIONAL LAW CORPORATION


Dated: December 15, 2016                  By:    /s/ Michael S. Warda
                                          Michael S. Warda,

                                          Attorneys for JKB Development, Inc.

Dated: December 15, 2016         CHANNAVEERAPPA & PHIPPS, LLP


                                          By:    /s/ Naresh Channaveerappa
                                          Naresh Channaveerappa, Esq.
                                          Attorneys for JKB Homes Norcal, Inc.
                                          and JKB Homes Corporation

Dated: December 15, 2016         WILSON, ELSER, MOSKOWITZ,
                                  EDELMAN & DICKER, LLP


                                          By:    /s/ John Podesta
                                          John H. Podesta
                                          Dawn A. Silberstein
                                          Attorneys for Plaintiff PROBUILDERS
                                          SPECIALTY INSURANCE
                                          COMPANY, RRG

1      Having reviewed the stipulation of the parties, and good cause appearing therefore, IT
2 IS SO ORDERED:

4   Dated: December 15, 2016

                                             Troy L. Nunley
                                             United States District Judge